■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAL RICHMOND, Appellant. [749 NYS2d 446] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision

and order of this Court dated November 5, 2001 (*People v Richmond,* 288 AD2d 241), modifying a judgment of the Supreme Court, Queens County, rendered June 23, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Santucci, J.P., Altman, Townes and Crane, JJ., concur.